**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV364-1-C
3:04CR222-2-C**

| | |
|---|---|
| KIMBERLY FRANCENE BAKER, | ) ) ) |
| Petitioner, | ) |
| Vs. | ) **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

**THIS MATTER** is before this Court upon its own motion.

As directed, the Government filed an Answer to Petitioner's claim that her attorney refused to file an appeal. Should Petitioner so choose, she has fifteen days from the filing of this Order in which to respond to the Government's Answer.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner has fifteen days from the filing of this Order in which to respond to the Government's Answer.

Signed: January 9, 2007

Robert J. Conrad, Jr.
Chief United States District Judge