# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06CV364-1-C
## 3:04CR222-2-C

| | |
|---|---|
| KIMBERLY FRANCENE BAKER, ) | |
| ) | |
| Petitioner, ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed August 21, 2006;[1] the Government's Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed December 13, 2006; and Petitioner's Response to the Government's Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed February 7, 2007.

After a careful review of the filings in the above-referenced case, this Court has determined that an evidentiary hearing is necessary to resolve this matter.

**THEREFORE, IT IS HEREBY ORDERED that** an evidentiary hearing will be set in

---

[1] The Court is using the filing date of the original document that Petitioner filed to initiate this action. References to Petitioner's Motion to Vacate includes her October 23, 2006 response to the Court's <u>Emmanuel</u> notice.

this matter for Monday, April 23, 2007, at 9:30 a.m. in courtroom number 2 at the United States Courthouse in Charlotte, North Carolina.

Signed: March 15, 2007

Robert J. Conrad, Jr.
Chief United States District Judge