IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cv364

| KIMBERLY FRANCENE BAKER | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |

**THIS MATTER** is before the Court upon its own motion. An evidentiary hearing has been scheduled (Doc. No. 12: Order) on the petitioner's motion to vacate sentence, pursuant to 28 U.S.C. § 2255 (Doc. No. 3).

Rule 8(c) of the Rules Governing Section 2255 Proceedings requires the appointment of counsel for such a hearing if the petitioner qualifies under 18 U.S.C. § 3006A. The petitioner has previously qualified for appointed counsel (W.D.N.C. Case No. 3:04cr22: Doc. No. 21), and the Court is not aware of any change in the petitioner's financial status.

**IT IS, THEREFORE, ORDERED** that the Community Defender shall designate counsel promptly to represent the petitioner at the evidentiary hearing on her motion to vacate scheduled for April 23, 2007, at 9:30 a.m.

The Clerk is directed to certify copies of this order to the defendant, the Community Defender, and to the United States Attorney.

Signed: March 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge