# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kimberly Francene Baker,

    Petitioner,

JUDGMENT IN A CIVIL CASE

vs.

3:06-cv-364

United States of America,

    Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 13, 2007 Order.

**Signed: November 14, 2007**

Frank G. Johns, Clerk
United States District Court